IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHON SIMS, | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | § CIVIL ACTION NO. 4:16-cv-02567 |
| | § |
| ALLSTATE TEXAS LLOYD'S, | § |
| | § |
| *Defendant.* | § |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff, SHON SIMS, and Defendant, ALLSTATE TEXAS LLOYD'S, file this, their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

### I.

Plaintiff and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiff no longer desires to prosecute this suit against any Defendant. The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

### II.

Plaintiff and Defendant move this Court to dismiss this case with prejudice as to all Defendants, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiffs' right to refile same.

Respectfully submitted,

_____
Jesse S. Corona
State Bar No. 24082184
Southern District No. 2239270
jesse@thecoronalawfirm.com
THE CORONA LAW FIRM, PLLC
521 N. Sam Houston Pkwy E., Ste. 420
Houston, Texas 77060
Telephone: (281) 882-3531
Telecopy: (713) 678-0613

**ATTORNEYS FOR PLAINTIFF**

_____
Jay Scott Simon
State Bar No. 24008040
Federal No. 31422
jsimon@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8216
Facsimile: (713) 403-8299

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of December, 2017, a true and correct copy of the foregoing has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure:

Jesse S. Corona
The Corona Law Firm, PLLC
521 N. Sam Houston Pkwy E., Ste. 420
Houston, Texas 77060
Email: jesse@thecoronalawfirm.com

_____
Jay Scott Simon

2655035v1
03646.524