United States District Court
Southern District of Texas

**ENTERED**

December 13, 2017

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SHON SIMS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-02567 |
| | § | |
| ALLSTATE TEXAS LLOYD'S, | § | |
| | § | |
| *Defendant.* | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff SHON SIMS, and Defendant, ALLSTATE
TEXAS LLOYD'S Agreed Motion for Dismissal with Prejudice, is of the opinion that it should
be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against all Defendants are hereby
dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the _____ day of _____, 2017.


_____
JUDGE PRESIDING

**AGREED:**

Jesse S. Corona
State Bar No. 24082184
Southern District No. 2239270
jesse@thecoronalawfirm.com
THE CORONA LAW FIRM, PLLC
521 N. Sam Houston Pkwy E., Ste. 420
Houston, Texas 77060
Telephone: (281) 882-3531
Telecopy: (713) 678-0613

**ATTORNEYS FOR PLAINTIFF**

Jay Scott Simon
State Bar No. 24008040
Federal No. 31422
jsimon@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8216
Facsimile: (713) 403-8299

**ATTORNEYS FOR DEFENDANT**

2655037v1
03646.524